```
                                    U.S. DISTRICT COURT
                                    DISTRICT OF NEVADA
                              FILED —        AFTER HOURS

                                      OCT - 1 2010

                              CLERK, U.S. DISTRICT COURT
                                   DISTRICT OF NEVADA
                              BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:09-CR-355-KJD (LRL) |
| CRAIG HUBER, | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT CRAIG HUBER**

On May 19, 2010 (Docket #93), this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p), forfeiting property of defendant CRAIG HUBER to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant CRAIG HUBER.

DATED this ___1___ day of ___Feb___, 2011.

_____
UNITED STATES DISTRICT JUDGE